IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., GALDERMA S.A. and GALDERMA RESEARCH AND DEVELOPMENT, S.N.C., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS MID ATLANTIC LLC, <br><br> Defendant. | C.A. No. 10-887 (LPS) |

## PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Galderma Research & Development, S.N.C. (collectively, "Galderma") answer Actavis Mid Atlantic LLC's counterclaims as follows:

### The Parties

45. Admitted.[1]

46. Admitted.

47. Admitted.

48. Admitted.

### The Patents-In-Suit

49. Admitted.

---

[1] Paragraph numbering herein corresponds to the paragraph numbering in the "Counterclaims" section of the Answer and Counterclaims of Defendant Actavis Mid Atlantic LLC. *See* D.I. 6 at pgs. 6-9.

## Jurisdiction And Venue

50. Galderma admits that Actavis has asserted counterclaims for a declaration of noninfringement and invalidity under the Declaratory Judgments Act, 28 U.S.C. § 2201 *et seq.*, and the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, but denies that those counterclaims are valid or sustainable. Galderma admits subject matter jurisdiction of these Counterclaims is proper.

51. Admitted.

52. Admitted.

53. Admitted.

54. Galderma admits that venue is proper in this district for purposes of this matter only.

55. Galderma admits that a judiciable controversy exists between Actavis and Galderma concerning the infringement and validity of the '377 and '181 patents. Galderma denies the remaining allegations of paragraph 55.

### Plaintiffs' Answer to Defendant's First Counterclaim
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,579,377)

56. Denied.

57. Denied.

### Plaintiffs' Answer to Defendant's Second Counterclaim
### (Declaratory Judgment of Noninfringement of U.S. Patent No. 7,737,181)

58. Denied.

59. Denied.

### Plaintiffs' Answer to Defendant's Third Counterclaim
### (Declaratory Judgment of Invalidity of U.S. Patent No. 7,579,377)

60. Denied.

61. Denied.

### Plaintiffs' Answer to Defendant's Fourth Counterclaim
### (Declaratory Judgment of Invalidity of U.S. Patent No. 7,737,181)

62. Denied.

63. Denied.

### PRAYER FOR RELIEF

WHEREFORE, Galderma respectfully requests that this Court enter judgment in its favor as follows:

a) dismissing each of Actavis' Counterclaims with prejudice;

b) granting Galderma such further and additional relief that this Court deems just and proper.

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Susan H. Griffen
Howard W. Levine
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

November 30, 2010

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Maryellen Noreika_
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302)658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I further certify that I caused copies of the foregoing document to be served on November 30, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Steven H. Sklar, Esquire<br>Gregory C. Bays, Esquire<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza<br>180 North Stetson<br>Suite 4900<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL* |

/s/ Maryellen Noreika
Maryellen Noreika (#3208)